**Order entered January 6, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01008-CR**
**No. 05-19-01009-CR**
**No. 05-19-01010-CR**

**ERIK ISRAEL MORENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-51263-X, F19-51265-X & F18-34537-X**

## ORDER

Before the Court is appellant's December 30, 2019 pro se motion for access to the record in order to file a pro se response to counsel's *Anders* brief. Appellant's motion is **GRANTED**.

We **ORDER** appellate counsel Lawrence B. Mitchell to provide appellant with copies of the clerk's and reporter's records. We **FURTHER ORDER** Mr. Mitchell to provide this Court, within **TWENTY-ONE DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **March 6, 2020**. If appellant does not file a pro se response by March 6, 2020, the appeals will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Lawrence B. Mitchell; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Erik Israel Moreno, TDCJ No. 02275975, Formby Unit, 988 County Road AA, Plainview, Texas 79072-9641.

/s/     LANA MYERS
        JUSTICE